IT IS ORDERED by this court that the objections are dismissed. It is further ordered that the motion to intervene is denied.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*July 3, 2006*

[Cite as *07/03/2006 Case Announcements,* 2006-Ohio-3374.]

### MOTION AND PROCEDURAL RULINGS

**2006–0279.   Baughman v. State Farm Mut. Auto. Ins. Co.**
Summit App. No. 22204, 2005-Ohio-6980. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of the joint motion to stay transfer of record and briefing schedule,

IT IS ORDERED by the court that the motion is granted to the extent that briefing is stayed. The parties shall notify this court of the status of the trial court proceedings within 60 days of the date of this entry.

**2006–0751.   Cousino Constr. Co. v. Wilkins.**
Board of Tax Appeals, No. 2002–M–919. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the parties' joint motion to remand this cause to the Board of Tax Appeals,

IT IS ORDERED by the court that the motion is granted.

**2006–1163.   State ex rel. Wellington v. Kobly.**
Mahoning App. No. 05 MA 228. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County. Upon consideration of appellant's motion for stay of the court of appeals' judgment and order,

IT IS ORDERED by the court that the motion is denied.

### MISCELLANEOUS DISMISSALS

**2006–0884.   St. Bernard Self–Storage LLC v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–T–1532. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant/cross-appellee's application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted.

IT IS FURTHER ORDERED that the cross-appeal of St. Bernard Self–Storage, LLC, remains pending. St. Bernard Self–Storage, LLC, shall proceed as appellant herein and shall file its merit brief within 40 days of the date of this entry. The remaining parties shall proceed as appellees and otherwise comply with S.Ct.Prac.R. VI.

### MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–1113.   Cuyahoga Hts. Local School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–H–601.

**2006–1114.   Bd. of Edn. of the Westerville City Schools v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2004–A–1343.

**2006–1118.   State ex rel. Kincaid v. Allen Refractories Co.**
Franklin App. No. 04AP–1345, 2006-Ohio-2195.

**2006–1156.   State ex rel. Tressler v. Indus. Comm.**
Franklin App. No. 05AP–654, 2006-Ohio-2449.